GARY M. RESTAINO
United States Attorney
District of Arizona
MELISSA M. KROEGER
Assistant U.S. Attorney
Arizona State Bar No. 025209
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Email:  melissa.kroeger@usdoj.gov
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raquel Schlesselman,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Samuel W. Juster,<br><br>　　　　　Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL**<br><br>**(Pima County Superior Court Case No. C20214342)** |

TO:    THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

　　　　The United States of America, on behalf of Defendant Samuel W. Juster and pursuant to 28 U.S.C. § 1346(b)(1) and 2679(d)(2), gives notice of removal of this action from the Pima County Superior Court, State of Arizona, to the U.S. District Court for the District of Arizona, for the following reasons.

　　　　1.　　Plaintiff Raquel Schlesselman filed a Complaint in Pima County Superior Court, State of Arizona, naming as Defendant Samuel W. Juster, Case Number C20214342. A copy of the Complaint and all process and proceedings filed in the state court are attached herewith.

　　　　2.　　The Complaint alleges that Defendant negligently caused a motor vehicle accident involving Plaintiff Raquel Schlesselman.

　　　　3.　　Section 2679(d)(2) of Title 28 of the United States Code provides that, upon certification by the Attorney General of the United States that a defendant federal employee was acting within the scope of employment at the time of the incident out of which the claim arises, any civil action or proceeding commenced upon such claim in a state court shall be

1 removed without bond at any time before trial by the Attorney General to the District Court of the United States for the district and division embracing the place in which the action or proceeding is pending.

4. The Attorney General of the United States, acting by and through the Chief of the Civil Division for the U.S. Attorney's Office, District of Arizona, by virtue of the authority vested in the United States Attorney for the District of Arizona by 28 C.F.R. § 15.4 and delegated to the Chief of the Civil Division for the District of Arizona, has certified that Defendant Samuel W. Juster, an employee of the United States Air Force, was acting within the scope of his federal employment at the time of the acts or omissions alleged in Plaintiff's Complaint in this action.

5. Accordingly, Plaintiff's action filed in the Pima County Superior Court falls within 28 U.S.C. § 2679(d)(2) and is properly removed to federal court.

6. Defendant Samuel W. Juster is the only named defendant in the action. Nonetheless, even if there were other defendants, all defendants need not join in the notice of removal and, upon the filing of the notice of removal, the entire case is removed even if the removing defendant is the only federal party to the case. *See Ely Valley Mines, Inc. v. Hartford Accident & Indem. Co.,* 644 F.2d 1310, 1315 (9th Cir. 1981).

7. Pursuant to Local R. Civ. P. 3.6(a), a notice of this filing, along with a copy of this Notice of Removal will be filed with the Pima County Superior Court upon issuance of a U.S. District Court docket number.

8. Pursuant to Local R. Civ. P. 3.6(b), a true and complete copy of the state court record and accompanying verification are filed with this Notice.

///
///

RESPECTFULLY SUBMITTED this 5th day of August, 2022.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        */s/ Melissa M. Kroeger*
        MELISSA M. KROEGER
        Assistant U. S. Attorney

Copy of the foregoing served by
U.S. mail this 5th day of August, 2022, to:

James M. Wadleigh
Law Office of James M. Wadleigh, PLLC
2455 E. Speedway Boulevard #104
Tucson, AZ 85719
Attorney for Plaintiff

Geoffrey G. Collins
CHILDERS HANLON & HUDSON, PLC
722 East Osborn Road, Suite 100
Phoenix, Arizona 85014
Attorney for Defendant Samuel W. Juster

*/s/ Mary M. Parker*