

**AgaveWeb**
Case Information and Document List

**Enter Search Criteria -**

Last OR Bus. Name: 
First: 
Case Number: C20214342

( ) Case Number
( ) Name

[Search]

[ ] Name Search Mini-List?

Document Code Search
Need Help?

### Party Listing

| Party Full Name | Party Role | Name Type |
|---|---|---|
| RAQUEL SCHLESSELMAN | Plaintiff | True |
| SAMUEL W JUSTER | Defendant | True |

### Document Index Listing

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Order | In Chambers Re: | SUPPLEMENTAL RULE 16 SCHEDULING ORDER FOR DIVISION 8 | 7/21/2022 | Image |
| Order | Order | ORDER | 7/21/2022 | Image |
| Misc | Joint Report | Joint Report | 7/13/2022 | Image |
| Order | Order | ORDER | 5/23/2022 | Image |
| Stipulation | Stipulation | Stipulation to Continue Dismissal Calendar | 5/23/2022 | Image |
| CourtNotice | Dismissal Calendar Notice | DISMISSAL CALENDAR NOTICE | 4/25/2022 | Image |
| Answer | Answer/Response | Defendant Juster's Answer | 1/20/2022 | Image |
| Misc | Demand For Jury Trial | Demand for Jury Trial | 1/20/2022 | Image |
| Receipt | All Money Receipts | All Money Receipts 3446006 | 1/20/2022 | Image |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 1/3/2022 | Image |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 9/27/2021 | Image |
| Open | Petition & Complaint | Complaint | 9/13/2021 | Image |
| Misc | Documents/Records Filed | Civil Cover Sheet | 9/13/2021 | Image |
| Arbitration | Fastar Certificate | FASTAR Certificate | 9/13/2021 | Image |
| Summons | Summons/Subpoena | Summons | 9/13/2021 | Image |
| Receipt | All Money Receipts | All Money Receipts 3405394 | 9/13/2021 | Image |